AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Craig Mills | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23-cv-00280 |
| Matthew Cvitkovich et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Because Officer Cvitkovich has been granted immunity from suit by the Court of Appeals, and all other claims raised by Plaintiff Craig Mills were dismissed at summary judgment, the Court finds no further issues for adjudication here. Therefore, the Court hereby DISMISSES this case WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas M. Rose   on a motion for   Order of the Court.

Date:   12/12/2025

CLERK OF COURT

*Anne Wamsley* (signature)

Signature of Clerk or Deputy Clerk